Cesar Agusto ARCHILA–CASASOLA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 07–70217.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Nov. 30, 2009.

Deniz S. Arik, Esquire, The Law Office of Deniz S. Arik, John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

James A. Hurley, Mark Christopher Walters, Esquire, Assistant Director, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Cesar Agusto Archila–Casasola, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order affirming an immigration judge's ("IJ") decision denying his motion to reopen proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and de novo claims of due process violations, including claims of ineffective assistance of counsel in immigration proceedings. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The agency did not abuse its discretion in denying Archila–Casasola's motion to reopen as untimely because it was filed over two years after the IJ's order, 8 C.F.R. § 1003.23(b)(1), and Archila–Casasola failed to demonstrate due diligence, *see Iturribarria v. INS*, 321 F.3d 889, 897 (9th Cir.2003) (equitable tolling is available to a petitioner who establishes deception, fraud or error, and exercised due diligence in discovering such circumstances).

Archila–Casasola failed to comply with the requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637, 639 (BIA 1988), and the face of the record does not show a "clear and obvious case of ineffective assistance of counsel." *Castillo–Perez v. INS*, 212 F.3d 518, 526 (9th Cir.2000).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.